**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lewis Antonio ARNOLD, a.k.a.**
**L.A., Defendant–Appellant.**

**No. 07–13630**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 15, 2008.

Verda M. Colvin, Macon, GA, Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Gerald B. Williams, Gerald B. Williams, P.C., Albany, GA, for Defendant–Appellant.

Before BLACK, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Gerald B. Williams, appointed counsel for Lewis Antonio Arnold on this direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of

---

the relative merit of the appeal is correct. We note that, because we question the applicability of Arnold's sentence appeal waiver, we do not rely on that waiver in determining that there are no issues of arguable merit for appeal. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Arnold's conviction and sentence are **AFFIRMED.**